UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| APRIL LIAO and ROBERT S. LIAO,<br>　　PLAINTIFF,<br><br>VS<br><br>J&J REAL ESTATE VENTURES, LLC,<br>TIMOTHY D. PADGETT, P.A.,<br>JACQUELINE D. MCNALLY and<br>MADISON MANAGEMENT SERVICES,<br>LLC,<br>　　DEFENDANT(S). | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§　　Civil Action No. 4:23-cv-00915 |

## ORDER GRANTING MOTION

Came on for consideration Defendant Timothy D. Padgett, P.A. and Defendant Jacqueline F. McNally (incorrectly identified by plaintiffs as Jacqueline D. McNally)'s Motion to Dismiss and Brief in Support filed herein on April 5, 2023 (the "Motion"). The Court has considered the arguments of counsel and the material before it, and is of the opinion that the following order should issue. It is therefore:

　　ORDERED, ADJUDGED AND DECREED, that the Motion is granted and, with respect to Defendant Timothy D. Padgett, P.A. and Defendant Jacqueline F. McNally (incorrectly identified by plaintiffs as Jacqueline D. McNally), the Complaint filed herein by April Liao and Robert S. Liao on March 11, 2023 (Doc. 1) is dismissed in its entirety, with prejudice.

　　Signed this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Ewing Werlein, Jr.

21-009440